IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH "STEVE AJALTOUNI" (662394096) THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | ) CASE NO. 1:18MJ3156 ) ) MAGISTRATE JUDGE ) THOMAS M. PARKER ) ) ) ORDER |

Upon motion of the United States of America, and for good cause shown, the application, search warrant, affidavit, and any attachments of Special Agent Matthew Hamulak of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), United States Department of Homeland Security (DHS) in support of the search warrant issued in the instant case, are hereby UNSEALED.

THOMAS M. PARKER
UNITED STATES MAGISTRATE JUDGE

_8/20/2019_
DATE